**FANDERLIK–LOCKE CO., a Corporation, et al.**

v.

**UNITED STATES of America for the use of DAVID A. RICHARDSON COMPANY, a Co-partnership.**

**No. 5613.**

United States Court of Appeals
Tenth Circuit.

April 18, 1957.

John M. Sherman, Pasadena, Cal., and Rowley, Davis & Hammond, Clovis, N. M., for appellants.

Grantham, Spann & Sanchez, Albuquerque, N. M., and John B. Ebinger, Klamath Falls, Or., for appellee.

Before BRATTON, Chief Judge.

Docketed and dismissed on motion of appellee, for failure of appellants diligently to prosecute the same.

**UNITED STATES of America**

v.

**George TINSLEY et al.**

**No. 5477.**

United States Court of Appeals
Tenth Circuit.

May 8, 1957.

Charles K. Rice, Asst. Atty. Gen., John N. Stull, Acting Asst. Atty. Gen., and Lee A. Jackson, Atty., Department of Justice, Washington, D. C., and Paul W. Cress, U. S. Atty., and Leonard L. Ralston, Asst. U. S. Atty., Oklahoma City, Okl., for appellant.

Charles V. Wheeler, Oklahoma City, Okl., for appellees.

Before BRATTON, Chief Judge, and PHILLIPS, Circuit Judge.

PER CURIAM.

Appeal dismissed and remanded pursuant to stipulation of the parties.

**David Richard RUBIN**

v.

**UNITED STATES of America.**

**No. 5592.**

United States Court of Appeals
Tenth Circuit.

May 13, 1957.

William C. Farmer, U. S. Atty., Topeka, Kan., and Kenneth M. Nohe, Asst. U. S. Atty., Wichita, Kan., for appellee.

Before BRATTON, Chief Judge, and HUXMAN and MURRAH, Circuit Judges.

PER CURIAM.

Affirmed without written opinion.